## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Joseph Taft Celestine
In Proper Person
210 Liston Street
Lafayette LA 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 14, 2021

### REHEARING ACTION: April 14, 2021

**Docket Number: 20   00180-CA**

**JOSEPH TAFT CELESTINE**
**VERSUS**
**JESSIE OLIVER, ET AL.**

**Appealed from Lafayette Parish Case No. C-20175113**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jonathan W. Perry**
    **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph Taft Celestine** has this day been

    **DENIED.**

cc: Patrick B. Sanders, Counsel for the Appellee